# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-3044**                                **September Term, 2024**

1:20-cr-00278-TNM-1

Filed On: December 6, 2024 [2088463]

United States of America,

        Appellee

    v.

Keith Berman, also known as Matthew Steinmann,

        Appellant

### O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | January 13, 2025 |
| Appellant's Reply Brief | February 3, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Catherine J. Lavender
Deputy Clerk