# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-3044**                  **September Term, 2024**

**1:20-cr-00278-TNM-1**

**Filed On: January 22, 2025** [2095785]

United States of America,

    Appellee

  v.

Keith Berman, also known as Matthew Steinmann,

    Appellant

### O R D E R

Upon consideration of appellee's unopposed motion to supplement the appendix and appellant's unopposed motion for extension of time to file reply brief, it is

**ORDERED** that the motions be granted. Appellant's reply brief is now due February 18, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Catherine J. Lavender
Deputy Clerk