# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-3044**  **September Term, 2024**

1:20-cr-00278-TNM-1

Filed On: April 1, 2025 [2108691]

United States of America,

    Appellee

  v.

Keith Berman, also known as Matthew Steinmann,

    Appellant

**BEFORE:**  Circuit Judges Katsas and Garcia, and Senior Circuit Judge Ginsburg

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, April 1, 2025 at 9:30 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

Jose Fernando Giron (Pro Bono), counsel for Appellant.

Ethan A. Sachs (DOJ), counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk